MARC J. RACHMAN (mrachman@dglaw.com)
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888

Attorneys for Defendants Gazillion, Inc.
And NetDevil Limited

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CODEMASTERS SOFTWARE COMPANY LIMITED, a United Kingdom corporation,<br><br>Plaintiff,<br><br>v.<br><br>GAZILLION, INC., a Delaware Corporation; NETDEVIL LIMITED, a Colorado corporation<br><br>Defendants. | Case No. CV 10 5429 (EMC)<br><br>**STIPULATION EXTENDING TIME TO ANSWER** ; ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for The Codemasters Software Company Limited and counsel for Gazillion, Inc. and NetDevil Limited (together, "Defendants"), that Defendants' time to move, answer or otherwise respond to the Complaint in this matter shall be extended to and including January 24, 2011. This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: December 16, 2010

STIPULATION EXTENDING TIME TO ANSWER
CASE NO.: CV 10 5429 (EMC)

| | |
|---|---|
| COPPENRATH & ASSOCIATES LLP | DAVIS & GILBERT LLP |
| By: /s/_____<br>  Walter G. Coppenrath, Jr.<br>  waltla@aol.com<br>400 Oceangate, Suite 700<br>Long Beach, CA 90802<br>(562) 216-2948 | By: /s/_____<br>  Marc J. Rachman<br>  (mrachman@dglaw.com)<br>1740 Broadway<br>New York, New York 10019<br>(212) 468-4800 |
| Attorneys for Plaintiff | Attorneys for Defendants |

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Edward M. Chen]*