MARC J. RACHMAN (admitted *pro hac vice*) (mrachman@dglaw.com)
SHIRIN KEEN (admitted *pro hac vice*) (skeen@dglaw.com)
DAVIS & GILBERT LLP
1740 Broadway
New York, NY  100219
Telephone:   (212) 468-4800
Facsimile:    (212) 468-4888

CHRISTOPHER T. HOLLAND (SBN 164053) (cholland@kksrr.com)
TRACY M. CLEMENTS (SBN 184150) (tclements@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:   (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for GAZILLION, INC.
and NETDEVIL LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CODEMASTERS SOFTWARE COMPANY LIMITED, a United Kingdom corporation,<br><br>Plaintiff,<br><br>v.<br><br>GAZILLION, INC., a Delaware corporation, NETDEVIL LIMITED, a Colorado corporation,<br><br>Defendants. | Case No.:  CV 10 5429 (EMC)<br><br>**STIPULATION OF DISMISSAL** |

1  **NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(2), the parties hereby stipulate to a voluntary dismissal with prejudice of
3  the counterclaims filed in this action by NetDevil Ltd. against The Codemasters Software
4  Company Limited, each side to bear its own attorneys' fees and costs.

Dated: June 24, 2011                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                                    By: _____
                                        TRACY M. CLEMENTS
                                        ATTORNEYS FOR
                                        GAZILLION, INC. AND NETDEVIL LTD.

Dated: June 24, 2011                COPPENRATH JONES LLP

                                    By: _____
                                        WALTER G. COPPENRATH, JR.
                                        ATTORNEYS FOR
                                        THE CODEMASTERS SOFTWARE
                                        COMPANY LIMITED

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

1
STIPULATION OF DISMISSAL
CASE NO.: CV 10 5429 (EMC)