WALTER G. COPPENRATH, JR. (State Bar No. 81691)
GEORGE JONES (State Bar No. 160227)
PHILLIP S. DALTON (State Bar No. 65576)
COPPENRATH JONES LLP
400 Oceangate, Suite 700
Long Beach, California 90802
Telephone:  (562) 216-2948
Facsimile:  (562) 252-1136
E-mail:  *waltla@aol.com*
Attorneys for Plaintiff and Counter-Defendant
The Codemasters Software Company Limited

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CODEMASTERS SOFTWARE COMPANY LIMITED, a United Kingdom corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GAZILLION, INC., a Delaware Corporation; NETDEVIL LIMITED, a Colorado corporation.<br><br>　　　　　Defendants. | Case No.  CV 10 5429 (EMC)<br><br>STIPULATION RE: DISMISSAL OF COMPLAINT<br><br>Complaint Filed: December 1, 2010<br><br>Counter-Claim dismissed by Stipulation July 5, 2011 |
| NETDEVIL LIMITED, a Colorado corporation.<br><br>　　　　　Counter-Claimant,<br><br>　vs.<br><br>THE CODEMASTERS SOFTWARE COMPANY LIMITED, a United Kingdom corporation,<br><br>　　　　　Counter-Defendant. | |

---

1

STIPULATION RE: DISMISSAL OF COMPLAINT

Case No: CV 10 5429 (EMC)

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties having settled this entire action hereby stipulate to a voluntary dismissal with prejudice of the Complaint filed in this action by The Codemasters Software Company Limited against NetDevil Limited and Gazillion, Inc., each side to bear its own attorneys' fees and costs.

DATED: August 1, 2011               **COPPENRATH JONES LLP**

                                    /S/ Walter G. Coppenrath, Jr.
                                By: _____
                                    Walter G. Coppenrath Jr.
                                    Attorneys for Plaintiff/Counter-
                                    Defendant THE CODEMASTERS
                                    SOFTWARE COMPANY LIMITED

DATED: August 1, 2011               **DAVIS & GILBERT LLP**

                                    /S/ Marc J. Rachman
                                By: _____
                                    Marc J. Rachman
                                    Attorneys for Defendant
                                    GAZILLION, INC. and Defendant /
                                    Counterclaimant NETDEVIL LTD.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge